Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada
_____ Division

"NO COPY"

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 9 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

)
)
)  3:20-cv-00580
)  _____ (to be filled in by the Clerk's Office)
)
_____  )
*Plaintiff(s)*  )
*(Write the full name of each plaintiff who is filing this complaint.*  )  Jury Trial: *(check one)*  ☐ Yes  ☒ No
*If the names of all the plaintiffs cannot fit in the space above,*  )
*please write "see attached" in the space and attach an additional*  )
*page with the full list of names.)*  )
    -v-  )
_____  )
  )
  )
  )
  )
_____  )
*Defendant(s)*  )
*(Write the full name of each defendant who is being sued. If the*  )
*names of all the defendants cannot fit in the space above, please*  )
*write "see attached" in the space and attach an additional page*  )
*with the full list of names.)*  )

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              CHARLES L ALLARD
   Street Address    P O · Box
   City and County   Reno
   State and Zip Code NV  89510
   Telephone Number  775-386 9048
   E-mail Address    Thw5620 Yahoo.com

  B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: VA Sierra Nevada H[ealth] Care Sys[tem]

    Job or Title (if known):

    Street Address: 975 Kirman Ave

    City and County: Reno 89511

    State and Zip Code: NV 89510

    Telephone Number: 775 785-7272

    E-mail Address (if known):

Defendant No. 2

    Name: DAV - Mark Donberger

    Job or Title (if known): NSO Supervisor

    Street Address: 5460 Reno corp Dr #102

    City and County: Reno

    State and Zip Code: NV 89511

    Telephone Number: 775-321-4895

    E-mail Address (if known): DAV-V[Donberger]@va-gov

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Charles L. Allam__, is a citizen of the State of *(name)* __NV__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* __VA__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __DAV__, is a citizen of the State of *(name)* __NV__. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

MISS HADLING OF MY MEDICAL CONDITION

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED REVOWN HOSP MED REPORT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MY FRIEND REMOVE M FROM VA HOSP BECAUSE OF LACK OF CARE AND TOOK ME TO RENOWN MED CENTER

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 Oct 2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Charles Allman

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST., ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS



U.S. POSTAGE >> PITNEY BOWES

ZIP 89501 $ 001.40⁰
02 4W
0000350015 OCT. 06. 2020

Charles Allard
PO Box 7523
Reno, NV 89510