# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES L. ALLARD, | Case No.: 3:20-cv-00580-MMD-WGC |
| Plaintiff | **Order** |
| v. | |
| VA SIERRA NEVADA HEALTH CARE SYSTEM, et. al., | |
| Defendants | |

Plaintiff  filed a pro se complaint. (ECF No. 1-1.) The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

If a plaintiff does not file an application to proceed IFP, he or she must pay the filing fee and applicable administrative fee. The filing fee is $400, consisting of the $350 filing fee and a $50 administrative fee.[1]

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application or pay the full $400 filing fee.

If Plaintiff files an IFP application, the court will screen the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is

---

[1] As of December 20, 2020, the administrative fee was increased to $52. Plaintiff's complaint was filed in October of 2020; therefore, the $50 administrative fee applies.

1  frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary

2  relief against a defendant who is immune from such relief. The court has many cases to screen,

3  and so Plaintiff should be aware that this process may take some time.

4      If Plaintiff does not file an application to proceed IFP and pays the $400 filing fee,

5  Plaintiff is further advised that the filing fee will not be refunded if he is unsuccessful in his

6  claim or if the action is dismissed for any reason.

7      If Plaintiff fails to timely file a completed IFP application or pay the $400 filing fee, this

8  action will be dismissed.

9  **IT IS SO ORDERED**.

10  Dated: March 22, 2021

11  _____
    William G. Cobb

12  United States Magistrate Judge

2